# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**DAVID SANDERS,**                      CASE NO. 3:19 CV 1785

    Plaintiff,

    v.                            JUDGE JAMES R. KNEPP II

**CITY OF TOLEDO,**

    Defendant.                  **JUDGMENT ENTRY**

For the reasons stated in the related Memorandum Opinion and Order issued this same date, the Court ORDERS this case be DISMISSED.

    IT IS SO ORDERED.

                                        s/ *James R. Knepp II*
                                        UNITED STATES DISTRICT JUDGE

                                        September 28, 2022